Nathan Shilberg, SBN 178212
864 No. Second St.  PMB 309
El Cajon, CA 92021-5806
Tel (619) 696-5151
Fax (619) 696-5196
Email: nathanshilberg@gmail.com

Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re:                                    ) BK. CASE NO. 16-01385-LT7
                                          )
                                          )  **DECLARATION OF NATHAN**
**ENRIQUE PIMENTEL, JR.**                 )  **SHILBERG IN SUPPORT OF DELAY**
                                          )  **OF CLOSING OF CASE**
                                          )
                                          )
                                          )
                        Debtor(s)         )
_____)

I, Nathan Shilberg, declare as follows:

1. I am the attorney for the DEBTOR herein.  If I were called as a witness, I could and would competently testify to the following facts, of which I have first-hand knowledge.

2. On March 29, 2016, the DEBTOR'S Chapter 7 case was dismissed for failure to file schedules. (Doc. 18).

3. I understand that on April 19, 2016, Charles Barclay, Chapter 7 Trustee, filed a Report of No Distribution and for permission to be relieved as Trustee.

4. I am requesting that the Chapter 7 case remain open for a period not exceeding 30 days so that I may file a Motion to Vacate Order Dismissing Chapter 7 Case.

I, Nathan Shilberg, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED:__04/20/16_____

NATHAN SHILBERG
Attorney for Debtor(s)

1

<u>PROOF OF SERVICE</u>

2

I, the undersigned whose business address appears below, certify:

3

That I am, and at all times hereinafter mentioned was, more than 18 years of age:

4

5

That I am not a party in this Court action:

That on the <u>20th</u> day of _____<u>April</u>_____, 201<u>6</u>, I served a true copy of the within:

6

7

8

NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING; DECLARATION OF NATHAN SHILBERG IN SUPPORT OF DELAY OF CLOSING OF CASE

9

10

by personal service to:

11

12

and by E-service to:

13

14

15

16

Charles Barclay
Chapter 7 Trustee
(admin@crb7trustee.com)
P.O. Box 2819
La Mesa, CA 91943-2819

U.S. Trustee
(USTP.Region 15@usdoj.gov)
402 West Broadway
Suite 600
San Diego, CA 92101

17

(See Exhibit "A" attached hereto for a complete list of creditors.)

18

19

20

21

I certify under penalty of perjury that the foregoing is true and correct.

22

23

24

25

Executed on ____<u>04/20/16</u>____

Nathan Shilberg

26

27

<u>864 No. Second St. PMB 309</u>
<u>El Cajon, CA 92021-5806</u>

28

2

[illegible struck-through text block]

Franchise Tax Board
Attn:  Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

IRS-Insolvency Division
P.O. Box 7346
Philadelphia, PA 19101-7346

[illegible struck-through text block]

[illegible struck-through text block]

[illegible struck-through text block]

[illegible struck-through text block]

BMW Bank of North America
2735 E. Parleys Way 301
Salt Lake City, UT 84109-1666

[illegible struck-through text block]

Diversified Consultants, Inc.
%T-Mobile
P.O. Box 551268
Jacksonville, FL 32255-1268

Enhanced Recovery Company
%AT&T
P.O. Box 57547
Jacksonville, FL 32241-7547

Family Support Div. San Diego
%Leslie Priscilla Madrid
P.O. Box 122031
San Diego, CA 92112-2031

Franchise Tax Board
State of California
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Grant & Weber Nevada
%San Diego County Credit Union
861 Coronado Center Drive
Ste. 211
Henderson, NV 89052-3992

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Michelle Pimentel
199 Elder Avenue
Imperial Beach, CA 91932-2453

Navy Federal Credit Union
820 Follin Ln SE
Vienna, VA 22180-4907

Progressive Management Systems
%Sharp Chula Vista
1521 W. Cameron Avenue, First Floor
West Covina, CA 91790-2738

Rea Stelmach, Esq.
%Navy Federal Credit Union
11630 Chayote Steet, Ste. 3
Los Angeles, CA 90049-3340

San Diego County Credit Union
P.O. Box 910107
San Diego, CA 92191-0107

Stanislaus Credit Control
%Emergency Physicians
914 14th St. P.O. Box 480
Modesto, CA 95353-0480

(p)WYNDHAM CONSUMER FINANCE INC
P O BOX 97474
LAS VEGAS NV 89195-0001

[illegible struck-through text block]

E. Aubrey Woodroof, PHD
2905 Segovia Way
Carlsbad, CA 92009-8231

[illegible struck-through text block]

[illegible struck-through text block]

[illegible struck-through text block]

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279

Internal Revenue Service
Special Procedures Branch
880 Front Street, Room 3269
San Diego, CA 92101-8869

Worldmark By Wyndham
10750 W. Charleston Ste. 130
Las Vegas, NV 89135

